## A10A0076. SLAUGHTER v. THE STATE.

(716 SE2d 628)

SMITH, Presiding Judge.

In *State v. Slaughter*, 289 Ga. 344 (711 SE2d 651) (2011), the Supreme Court reversed the judgment of this court in *Slaughter v. State*, 304 Ga. App. 209 (695 SE2d 743) (2010), and overruled *Morrison v. State*, 272 Ga. App. 34 (7) (611 SE2d 720) (2005). We therefore vacate our earlier opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment affirmed. Mikell and Adams, JJ., concur.*

*Fredrick B. Slaughter, pro se.*
*David McDade, District Attorney, James A. Dooley, Assistant District Attorney*, for appellee.